IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

JABIL CIRCUIT, INC.; and
FACTORY MUTUAL INSURANCE COMPANY,
as subrogee of JABIL CIRCUIT, INC.,

    Plaintiffs,

vs.

SPEEDLINE TECHNOLOGIES, INC.,

    Defendant.
_____/

CASE NO.: 8:09-cv-01596-JDW-EAJ

## PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY

Plaintiffs, JABIL CIRCUIT, INC, ("JABIL"); and FACTORY MUTUAL INSURANCE COMPANY ("FACTORY MUTUAL"), as subrogee of JABIL CIRCUIT, INC., by and through their undersigned counsel, hereby file the following Expert Witness List Disclosure, pursuant to the Federal Rules of Civil Procedure and the Court's Case Management and Scheduling Order, and state the following:

1.     Investigator R. F. Henderson
   400 Martin Luther King Blvd. South
   St. Petersburg, Florida 33705

Investigator Henderson's "National Incident Fire Report" is attached hereto as Exhibit A. He has also been deposed.

2.     Mr. Dominic S. Thurston
   General Adjuster
   FM Global
   Preston Ridge III, Suite 400
   3460 Preston Ridge Road
   Alpharetta, GA 30005

Mr. Thurston's "FM Global Adjuster Report" is attached hereto as Exhibit B.

RECEIVED AUG 27 2010 BY:_____

3. Robbie Brannon, CPA, CFF
   Meaden & Moore
   250 International Parkway
   Suite 118
   Lake Mary, Florida 32746

   Meaden & Moore's Accounting Report is attached hereto as Exhibit C.

4. Michael Germuska, P.E.
   Michael J. Germuska, P.E., Inc.
   36181 East Lake Road #108
   Palm Harbor, Florida 34685

   Mr. Germuska is a licensed, Professional Engineer, practicing in electrical engineering. A copy of Mr. Germuska's expert report, Curriculum Vitae, and case list are attached collectively hereto as Exhibit D.

5. William Moylan
   SEA, Limited
   13930 Lynmar Boulevard
   Tampa, Florida 33626

   Mr. Moylan is a Florida licensed, Fire Investigator and is the Senior Fire Investigator with SEA, Limited. A copy of Mr. Moylan's expert report, Curriculum Vitae, case list are attached collectively hereto as Exhibit E.

6. Eric Uffman
   Chemir Analytical Services
   2672 Metro Boulevard
   Maryland Heights, MO 63043

   Mr. Uffman is a Project Leader with Chemir Analytical Services. A copy of Mr. Uffman's report is attached hereto as Exhibit F.

7. Elliot Stern, Ph.D
   Florida Forensic Engineering, Inc.
   6708 Benjamin Road
   Suite 500
   Tampa, Florida 33634

   Dr. Stern is a licensed, Professional Engineer, practicing in mechanical engineering. A copy of Dr. Stern's expert report, Curriculum Vitae, and case list are attached collectively hereto as Exhibit G.

8.     Zigmas Skvirblys
       Burns Instar Services Group
       400 Ninth Avenue South
       Safety Harbor, FL  34695

       Burns performed cleaning and painting for smoke damage restoration.  A copy of the proposal for work and invoice is attached as Exhibit H.

9.     Kevin Sendker
       Project Manager
       Glendale Painting Corporation
       13952 Lynmar Boulevard
       Tampa, FL  33626

       Glendale refinished the floors and re-painted the facility.  A copy of Glendale's invoice is attached hereto as Exhibit I.

10.    Donald Wilemon
       Harris & Wilemon Salvors
       2543 Powers Avenue
       Jacksonville, FL  32207

       Mr. Wilemon evaluated the damaged property, equipment and supplies, and provided an assessment of the replacement costs; Harris & Wilemon also arranged for the sale of the salvage items.  Harris & Wilemon's documentation is attached as Exhibit J.

11.    Steve Mahoney
       Belfor USA Group, Inc.
       5433 W. Crenshaw Street
       Tampa, FL  33634

       Belfor provided labor and equipment to repair smoke damage.  Belfor's final invoice for services is attached as Exhibit K.

-

Respectfully submitted,

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

_____
Scott S. Katz, ESQ.
Florida Bar No.: 0709476
skatz@butlerpappas.com
Matthew W. Peaire, ESQ.
Florida Bar No.: 0484717
mpeaire@butlerpappas.com
777 South Harbour Island Blvd.; Suite 500
Tampa, Florida 33602
813/281-1900; FAX 813/281-0900
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

Lisa A. Oonk, Esq.
Stacey L. Papp, Esq.
Litchfield Cavo, LLP
5201 West Kennedy Boulevard, Suite 450
Tampa, FL 33609
(Counsel for Defendant)

by United States Mail on August 26, 2010.

_____
Scott S. Katz, Esq.