# EXHIBIT A

1

2

3

4

5

6

7 **SWORN STATEMENT OF**

8 **LARRY MADISON**

9

10

11

12 TAKEN AT:    Jabil Circuit, Inc.
           10560 Martin Luther King, Jr. Blvd
13            St. Petersburg, Florida  33716

14

15 DATE & TIME:   August 16, 2006
           1:37 p.m.

16

17 REPORTED BY:   Yvette J. Barrett, CCR
           Notary Public
18            State of Florida

19

20

21

22

23

24 **Pages 1-44**

25

**COPY**

**APPEARANCES:**

> **SCOTT S. KATZ, ESQUIRE**
> **MEREDITH MURPHY, ESQUIRE**
> Butler Pappas
> One Harbour Place
> Suite 500
> 777 S. Harbour Island Boulevard
> Tampa, Florida 33602


> **KEVIN BRITT WOODS, ESQUIRE**
> **CHRISTOPHER ABRUNZO, ESQUIRE**
> Davis & Harmon, P.A.
> 110 North 11th Street
> Second Floor
> Tampa, Florida 33602

**INDEX**

|                              | PAGE |
|------------------------------|------|
| EXAMINATION BY MR. KATZ       | 3    |
| EXAMINATION BY MR. WOODS      | 32   |
| CERTIFICATE OF OATH           | 42   |
| CERTIFICATE OF REPORTER       | 43   |
| ERRATA SHEET                  | 44   |

**EXHIBITS**

(None Entered)

1        **P R O C E E D I N G S**

2                **LARRY MADISON,**

3    being duly sworn to tell the truth, the whole truth and

4    nothing but the truth, was examined and testified as

5    follows:

6                        EXAMINATION

7    BY MR. KATZ:

8        **Q.**    Could you state your full name for the record.

9        A.    Larry Allen Madison.

10       **Q.**    What is your date of birth?

11       A.    December 19th, 1947.

12       **Q.**    Do you know your social security number?

13       A.    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.

14       **Q.**    What is your present home address?

15       A.    6250 Roosevelt Boulevard, Lot Number 69,

16   Clearwater, Florida 33760.

17       **Q.**    Mr. Madison, my name is Scott Katz.  As you know,

18   we've met before.  I'm a lawyer with the law firm of

19   Butler Pappas in Tampa, Florida, and I have the privilege

20   of representing Factory Mutual Insurance Company relative

21   to a certain fire that occurred, I believe on July 4th,

22   2006, here at the Jabil facility.  And today I'm going to

23   take a statement from you about your memory and memories

24   regarding that fire, okay?

25       A.    Okay.

1       Q.   All I ask is that to the best of your ability,

2   you tell us what you know.  If you don't remember

3   something, merely say, hey, I don't remember that.  In

4   fact, if your memory, for some reason, is vague about

5   something and you need to clarify, like here I'm vague,

6   here I'm not vague, and you feel that's appropriate, I'd

7   like you do that as well; do you understand?

8       A.   Yes.

9       Q.   Are you employed by Jabil?

10       A.   Yes.

11       Q.   What is your job?

12       A.   Machine support technician.

13       Q.   What does a machine support technician do?

14       A.   Mainly it's a preventative maintenance on all the

15   machines.  There are exceptions on some of the machines,

16   which we don't have no control over, where the different

17   part of our group takes care of them, but mainly the

18   waves, the washers, the placement machines, conveyors,

19   things of that nature.

20       Q.   What is preventative maintenance?

21       A.   Usually it's lubrications, general maintenance of

22   the cleaning portion, which include vacuuming, wiping,

23   making sure there's no debris in places where there

24   shouldn't be.  If there's any errors on the placement

25   machines, try to find out what the errors are and try to,

1    in our ability, to repair that problem or get someone else

2    higher up that knows more about it than we do to repair

3    it.

4        Q.   Do you do that type of work here at the Jabil

5    facility in St. Petersburg?

6        A.   Yes.

7        Q.   And as we're sitting here today, we're in a

8    building next door to that building.

9        A.   In the corporate building.

10       Q.   How long have you been doing this type of work

11   for Jabil?

12       A.   I was hired in as an operator for one year, and

13   then I became -- in this position a year later, after I

14   was hired.

15       Q.   So you've been here for two years?

16       A.   No, 10.

17       Q.   So you've been doing the preventative maintenance

18   for nine years?

19       A.   For nine years.

20       Q.   One of the things also about taking a statement

21   is that it's a little bit unnatural in the sense that she

22   can only write down what one of us is saying at the same

23   time.  I'm speaking in sort of an unnatural way, trying to

24   let her get a good record of what we're saying.  So let me

25   just try -- or let's try, both of us, not to step on top

1   of each other's words, okay?

2       A.   Okay.

3       Q.   Who is your immediate supervisor here at Jabil?

4       A.   Jerry Credin.

5       Q.   What does Mr. Credin do?

6       A.   He's the head man over the machine support group,

7   which, in turn, there's -- the person over him is Dan

8   King.

9       Q.   And what does he do?

10      A.   He's the head guy of the machine support

11  department.

12      Q.   In your job function, do you sometimes do like

13  actual replacement of parts on any of the machines?

14      A.   Occasionally.

15      Q.   What type of parts do you typically work with?

16      A.   Nozzles, filters, belts, occasionally.

17      Q.   Do you ever work with any of the electronic

18  components?

19      A.   No.

20      Q.   Does anyone on your staff, to your knowledge,

21  work on the electronic components?

22      A.   Not that I'm aware of.

23      Q.   I'd like to take you back to the date of July

24  4th, 2006, when a fire occurred, I believe, at the Jabil

25  facility here in St. Petersburg.  Do you remember that

1  day?

2      A.   Yes.

3      Q.   Do you remember what you were doing on the day

4  before that day, that would be July 3rd?

5      A.   That was my day off.  I was home.

6      Q.   Great.  And then at some point in time you were

7  assigned to come back to work on July 4th?

8      A.   Correct.

9      Q.   Was the facility open or closed on that day?

10     A.   My batch work, it was open because they knew -- I

11  worked third shift and that was our scheduled day to

12  return to work.

13     Q.   The evening of July 4th?

14     A.   Yes.

15     Q.   As a third-shift person, what are your normal

16  hours?

17     A.   Our normal hours, except for Sunday, is 9:00 in

18  the evening until 5:00 in the morning.  But that

19  particular day, the way it works for third shift, that was

20  supposed to be our Sunday and it was going be a 12-hour

21  day, because it was the day after the holiday.  Nobody was

22  here at that particular time.  We could work on any line

23  or whatever we needed to at that time.

24     Q.   Do you have a recollection as you sit here today

25  what you were planning to work on that day?

1     A.    I believe it was Bay 28.

2     Q.    Okay.  So what time was your arrival set to begin

3 on July 4th?  When were you supposed to arrive at work?

4     A.    Our work started at 5:00 p.m. that day.

5     Q.    And do you recall approximately what time you

6 arrived at the Jabil facility?

7     A.    I did not look at the time clock when I went to

8 Cronus with my badge, but I believe it was about 20 or

9 25 minutes to 5:00.

10    Q.    So somewhere between 4:30 and a quarter to 5:00?

11    A.    Yes.

12    Q.    And tell us where you parked.  Where did you park

13 your car that day?

14    A.    Right outside of the main lobby.

15    Q.    And tell us how you entered into the building.

16    A.    I came through the front door, took my badge into

17 the other door where the Cronus system is set up, put my

18 badge up to the wall, they clocked me in.  I walked

19 through the door, made a left down the hallway in front of

20 the break area.  I did stop to look at the -- we have a

21 bulletin board.  I just kind of glanced at it for a couple

22 of seconds to see if there was anything new for sale or

23 whatever, and proceeded to walk to the machine support

24 room.

25    Q.    You used the word the Cronus system.  Is that a

1 security system?

2 A. No. It's our way of clocking in and out with our

3 badges. And that's what tells the proper people our time

4 that we worked the hours.

5 Q. Do you also have a card that allows you access to

6 various different rooms in the facility?

7 A. Our badge is accessed by security personnel to

8 whatever access they want us to have.

9 Q. Okay. So you walked in your normal way, whatever

10 that is?

11 A. Yes, sir.

12 Q. Through the lunchroom and then into the -- or

13 past the lunchroom?

14 A. Past the lunchroom. I did not go into the

15 lunchroom.

16 Q. And then into the facility, into the

17 manufacturing facility?

18 A. Yes.

19 Q. As you walked into the manufacturing facility,

20 you came through some double doors, I believe?

21 A. Yes.

22 Q. And did you turn to the right, left or straight

23 ahead?

24 A. I turned right.

25 Q. And as you were turning right, where were you

1    walking?  What was your intention of walking?

2        A.    Towards the rear of the building into our

3    designated area, which is the parts room.  And on the

4    upstairs area of the parts room, that's where we normally

5    meet every day before shift starts.

6        Q.    As you walked in, do you remember passing a

7    certain machine, a washer machine, or a Speedline washer,

8    Aqua 200?

9        A.    Yes.

10        Q.    As you walked past that machine, do you remember

11    anything at all at that point in time that was unusual?

12        A.    No.

13        Q.    Did you hear any noises?

14        A.    No.

15        Q.    Did you smell any smoke?

16        A.    No.

17        Q.    Did you look at the machine, if you remember?

18        A.    No, I don't guess, because I walked -- I was just

19    -- what was really on my mind because my group leader, or

20    our group leader for the shift, he was on vacation and I

21    was assuming his responsibilities of writing up the PMs

22    for that day, printing them out and scheduling the work

23    for the entire crew.  That was really what was on my mind.

24        Q.    So you got there a little bit earlier to start

25    thinking about how you were going to assign tasks to other

1    people?

2        A.    Correct.

3        Q.    Who were the other people that you were planning

4    to work with that day?

5        A.    Christian Kaina, K-A-I-N-A.

6        Q.    Who else?

7        A.    Larry Fernandez.

8        Q.    Who else?

9        A.    Artur Swiderski, A-R-T-U-R, S-W-I-D-E-R-S-K-I,

10   and myself.

11       Q.    So you were in charge of these four -- these

12   three fellows for that day at least?

13       A.    Yes.

14       Q.    Was that machine, the Aqua 200 that I just talked

15   about -- AquaStorm, I'm sorry 200 -- was it scheduled for

16   any PM that day?

17       A.    I don't believe so because that was located on

18   Bay 30.  And I had instructions to work on -- pull the PMs

19   for Bay 28 that particular day.

20       Q.    No problem.  So as you're walking past that

21   machine, in a way, there's no reason for you, I assume, to

22   even really think about that machine since it wasn't on

23   the expectation of work that day?

24       A.    Correct.

25       Q.    The room -- as you entered the room, do you

1    remember whether there was any humming noise from any

2    machines or anything like that going on?

3        A.   I really can't recall.  Honestly, we're so used

4    to it.  When all them machines are running, they have a

5    particular sound to it anyway, so nothing was out of the

6    ordinary to me.

7        Q.   So you progressed past the Speedline machine that

8    we're talking about and went to the back area of that room

9    where you would go through a door?

10      A.   Yes.

11      Q.   You passed through your door and went to your

12    office?

13      A.   Yes.

14      Q.   And your office, if I understand correctly, was

15    upstairs somewhere?

16      A.   Correct.

17      Q.   Did you see anybody at that point as you entered

18    your office who was already there before you?

19      A.   No.

20      Q.   Had any of your coworkers, to your knowledge, at

21    that point in time arrived?

22      A.   No.  I was the first one.

23      Q.   At some time thereafter as you're sitting up in

24    your office, which I believe is on the second story in the

25    room --

1    A.    Yes.

2    Q.    -- did your coworkers or some of them arrive?

3    A.    Yes.

4    Q.    Which ones, to the best of your memory, arrived?

5    A.    Artur Swiderski and Larry Fernandez.

6    Q.    After those two fellows arrived, did you hear

7    anything?

8    A.    The next sound that I heard was the fire alarm,

9    which was a few minutes after they arrived upstairs.

10    Q.    And you say a few minutes, like 2 minutes,

11    5 minutes, 20 minutes, or do you not remember?

12    A.    From my best recollection, I would say after they

13    were upstairs, it was probably -- it was at least 5 to 10

14    minutes.

15    Q.    Did any of those fellows make any statements to

16    you or comments to you about the Speedline Aqua 200

17    machine?

18    A.    No.

19    Q.    The conversation, was there anything unusual

20    about that conversation other than normal office

21    conversation?

22    A.    None.

23    Q.    When you heard the alarm, it was a fire alarm,

24    you say?

25    A.    That's what I thought it was because I was on the

1  computer at the time. Artur Swiderski -- I said, that

2  sounds like a fire alarm. He ran downstairs, and the next

3  thing I heard him say was, oh, my God, a fire.

4      Q.    So what did you do next?

5      A.    Fernandez went down after he did, and probably

6  within 15 or 20 seconds, I followed downstairs.

7      Q.    What did you do in that 15 or 20 seconds?

8      A.    Well, I thought about logging off, but I left the

9  machine -- the computer on, which I probably should have

10  taken the time to turn it off, but I didn't. And I just

11  wanted to see what the alarm was, actually.

12     Q.    So what did you do?

13     A.    I went outside -- went downstairs and they were

14  already out of the room, both of them. I opened the door,

15  looked out and I seen a fire to my left-hand side.

16     Q.    Now, when you say you opened the door, you opened

17  the door from where to where? Between what two areas?

18     A.    From the parts room to the main facility where

19  the machines were.

20     Q.    And as you're standing there looking into the

21  main facility where the machines were, I think you

22  indicated you looked to the left?

23     A.    I looked to the left because the fire was high

24  enough you could actually see it when you opened the door.

25  But my recollection was, when I first seen it, I thought

1  it was Wave that was on fire instead of the wash.

2      Q.   Just because why?

3      A.   From my angle, it looked like -- you couldn't

4  tell exactly what machine it was because the flames were

5  pretty high.  I thought it was the Wave.

6      Q.   Now, the flames, do you remember whether they

7  were red flames, orange flames?

8      A.   They were orange.

9      Q.   Do you remember whether or not there was black

10  smoke, white smoke?

11      A.   There was black smoke involved, too.

12      Q.   So then from that door, what did you do next?

13      A.   I went down -- I believe it was about Bay 28, I

14  ran down there and I was -- a slow run, I wasn't flying.

15  I know the response is supposed to be, when a fire alarm

16  occurs, everybody out of the building as safe and as quick

17  as possible.

18      But I was running up through there.  Then I

19  looked to my left and I seen it was the wash that was on

20  fire.  I grabbed the nearest fire extinguisher that I came

21  across, I grabbed it.  And then up to the exit -- from one

22  line to another, they have an exit ramp across -- over and

23  across there.  I pulled the pin on it -- on the machine,

24  fire extinguisher, got as close as I could to the

25  AquaStorm wash that was already burning, and the sprinkler

1    system was already on at that time.

2        Q.   Now, the sprinkler system that was going on, was

3    it confined to just near the wash machine, the Speedline

4    wash machine, or was it all over the place, if you

5    remember?

6        A.   My recollection, it was closest more to the

7    AquaStorm machine.

8        Q.   At that moment in time, was there any other

9    machine on fire?

10       A.   No, sir.

11       Q.   Next to that machine and near the area where

12   there was a panel, a control panel, do you remember

13   whether there was a work table next to that?

14       A.   There was a work table and it was not on fire.  I

15   should have moved that out of the way, but my adrenaline

16   was going 100 miles an hour.  The only thing I wanted to

17   do was try my best to put out the fire.

18       Q.   Let's just hold on for a second.  So as you

19   looked at the Speedline wash machine that was on fire,

20   there was no other machine on fire, correct?

21       A.   Correct.

22       Q.   The fire, as far as how high it was before you

23   put extinguishment on it, or a fire extinguisher on it,

24   how high are we talking?  All the way to the ceiling,

25   halfway to the ceiling?  Do you remember?

1    A.    It was almost to the pipes above the machine.

2         MR. WOODS:  Vent pipes?

3         THE DEPONENT:  The vent pipes.  Well, actually,

4    it's not a vent pipe --

5         MR. WOODS:  There's conduit, there's electrical,

6    there's vent pipes --

7         THE DEPONENT:  The conduit and the electrical,

8    that's how high they were.

9    BY MR. KATZ:

10   Q.    Now, from the way you're looking at it and just

11   being sort of one of these folks in the role as observing

12   a fire, did it appear to you that the fire started from

13   those conduits up high and came down, or did it appear to

14   you that the fire started within the machine?

15   A.    Within the machine.

16   Q.    This is all based on your observations before you

17   started putting extinguishment or extinguisher on the

18   fire?

19   A.    Yes.

20   Q.    Now, how far away from the control panel were you

21   standing when you made this observation?

22   A.    At that particular time, right before I got close

23   enough to use the extinguisher, I was probably 10 to 12

24   foot away.

25   Q.    As big as this table?

1    A.    Closer than that.

2    Q.    Shorter than the table we're sitting at?

3    A.    Yes.

4    Q.    And in between where you were standing and the

5    machine that was on fire, was that table, that work table

6    there?

7    A.    Yes.

8    Q.    And how close were you to that table?

9    A.    Probably 5 foot.  Probably 5 foot from the table,

10   I guess.

11   Q.    So being 5 foot from the table, you're

12   100 percent positive that nothing on that table was

13   burning?

14   A.    I'm positive.

15   Q.    And that table was positioned next to the machine

16   and near the control panel to the Speedline machine?

17   A.    Correct.

18   Q.    You took the fire extinguisher?

19   A.    Yes.

20   Q.    Pulled out the pin?

21   A.    Uh-huh.  (Affirmative.)

22   Q.    How did you know how to use it?

23   A.    We had training on it before.  We've had a series

24   of training on the computer systems, on all the ESD, the

25   safety and what have you.  We all know how to use a fire

1    extinguisher.

2        Q.    Did the fire extinguisher operate when you pulled
3    the pin?

4        A.    Yes, it did.

5        Q.    Can you tell us where you directed the spray of
6    the fire extinguisher?

7        A.    I started at the top of the machine where the
8    flames -- I knew there was nothing on top of the machine
9    that was burning, so it had to be coming from the interior
10   side.

11            So I started at the top of the machine with that,
12   and probably 10 or 15 seconds, I kept going back and
13   forth.  I held my left hand above my -- over my mouth and
14   my nose because the odor was terrible.  And I kept
15   spraying for, like I say, 10 or 15 seconds.  Then I went
16   down, farther down to the front side of the machine a
17   little bit to put some there.

18            But the main fire was on top of the machine, so I
19   used the rest of the fire extinguisher to the top, going
20   back and forth.

21       Q.    When you say the front of the machine, you're
22   talking about the part of the machine where the operator
23   stands or operates it?

24       A.    Well, there's really not an operator for that
25   machine.

1     Q.   Okay.  Are you standing in the front of the

2   machine, meaning the part between the machine and the

3   closest wall to the machine?

4         MR. WOODS:  North?  Southeast?  West?

5   BY MR. KATZ:

6     Q.   I know the machine runs in a certain direction

7   and near a wall, I thought.

8     A.   Yes, it is.

9     Q.   So are you standing between that wall --

10     A.   And the machine.

11     Q.   -- and the machine?

12     A.   Yes, sir.  Right there at the control panel.

13     Q.   Okay.

14         MR. WOODS:  What wall -- what side of the machine

15   is that wall on?

16         THE DEPONENT:  I guess it would be the east side.

17         MR. WOODS:  So that machine runs north/south?

18         THE DEPONENT:  I would say so, yes.

19         MR. WOODS:  The south end is where the control

20   panel is?

21         THE DEPONENT:  No.  The north end.

22   BY MR. KATZ:

23     Q.   And the wall we're talking about is the wall that

24   would be closest to the lunchroom?

25     A.   Yes.

1       Q.   And to the door that you used to get access to

2    the room where the machine was located as you entered the

3    building?

4       A.   Yes.

5       Q.   The control panel, then, would have been closer

6    to the door where you first, on the way into the building,

7    would have been?

8       A.   Correct.

9       Q.   And that area where the control panel is, that's

10   the beginning of the machine or the back of the machine?

11      A.   Beginning.

12      Q.   Okay.  And that's where the control panel is, and

13   that's where the little table was, the work table was?

14      A.   Yes.

15      Q.   Now, as far as where you were standing, were you

16   standing -- on which side of the work table were you

17   standing when you were squirting the fire extinguisher?

18      A.   At the left end.  As you're walking towards the

19   machine, the table was on the side by the control panel.

20   I was on the front side of the work table.

21      Q.   Now, you said you were applying the fire

22   extinguisher to the top part of the machine where you saw

23   flames coming out?

24      A.   Yes.

25      Q.   Did those start to knock down or fall down as you

1  did it?

2      A.   Did not even faze it.

3      Q.   Did you have the odor of maybe like burning

4  plastic?

5      A.   Yes.

6      Q.   So you're applying this material, this

7  extinguishment material, and the fire's not being affected

8  by that?

9      A.   Correct.

10     Q.   It keeps on burning?

11     A.   Yes.

12     Q.   Then you said you applied some of the

13 extinguishment down lower in the machine; do you remember

14 you said that?

15     A.   Just on the front side.  I didn't open the

16 machine up or anything.  Because of the way the flames

17 were, it was even coming out of part of the glass -- they

18 have glass compartments.  Some of the flames was even

19 coming out from there, so that's why I hit that, also.

20     Q.   So that's the area, where the glass windows were,

21 was where you were applying some of the extinguishment?

22     A.   Some.  Not most, some.

23     Q.   Most on top?

24     A.   Yes.

25     Q.   Did the fire appear to be coming from any area

1  lower than those windows at that time?

2      A.    No.  Most of the flames were coming out of the

3  top of the machine.

4      Q.    There's three air vents on top of this particular

5  machine; do you know what I'm talking about?

6      A.    Yes.

7      Q.    Do you know what those air vents do?

8      A.    They're exhaust vents.

9      Q.    Do you know one way or the other whether those

10 exhaust vents were on or off at that time?

11     A.    I didn't check it.  I can't say for sure.

12     Q.    Do you know -- or did you have the impression --

13 and either way is fine, just tell me what you remember --

14 whether the fire was being sucked up into those vents?

15     A.    It looked like it was.  But the main part of the

16 fire was in between the first two main vents.

17     Q.    When you say in between the first two main vents,

18 we're talking about the three tubes on top, correct?

19     A.    Yes.

20     Q.    And the first one would be the one closest to the

21 control panel or furthest --

22     A.    Closest.

23     Q.    So it was between the one closest and the middle

24 one?

25     A.    Correct.

1    Q.   And that's where most of the fire appeared to be

2    coming up?

3        A.   Yes.

4        Q.   And then being sucked up in some way?

5        A.   Yes.

6        Q.   Now, after you applied this material and you

7    don't have a reaction that you're getting the fire more

8    under control, what did you do next?

9        A.   It was time for me to get out.  The smell was

10   really bad.  And my breathing -- it interrupted my

11   breathing a little bit.  And I knew I wasn't doing any

12   good, so I stepped back about 10 foot with the fire

13   extinguisher, and it was already out of the chemical.  So

14   I stood back about 10 feet or so, put the fire

15   extinguisher next to the wall, ran to the front.  And I

16   went through security because I was going to tell them

17   that the wash was on fire on Bay 30.

18        And before this all even happened, I tried to

19   call on the phone -- once I seen the fire, I tried to call

20   to the phone to security and nobody answered.  So then

21   that's when I went out and I seen the fire and I told you

22   what I did.

23        But after I laid the fire extinguisher down next

24   to the wall, I ran to the front -- to the main entrance

25   where the security people are.  And as I opened that door,

1  there was a gentleman there and I said, we have a fire on

2  Bay 30 at the wash.  He said, I know.  He said, just get

3  out and get away from the building, and that's what I did.

4      Q.    How long between the time that you left, had that

5  conversation with that man, and exited the building did

6  the fire department arrive?

7      A.    They were here pretty quick.  I'd say 10 minutes

8  at the most because they were pretty responsive.

9      Q.    And this man that you were talking to, he was a

10 security man?

11     A.    Yes.

12     Q.    And he already knew about the fire?

13     A.    Yes.

14     Q.    Did he indicate that he had already notified the

15 fire department?

16     A.    No.  He didn't tell me if he did or didn't.

17     Q.    Now going back in time, this particular machine,

18 do you know whether it was on before the fire occurred?

19     A.    I don't know because I didn't really look at the

20 machine.

21     Q.    Do you know whether for the holiday weekend, how

22 people left the machine before the weekend?

23     A.    Normally if it's a long weekend, they power the

24 machines down normally, except for the Wave.  You've got

25 to leave the Wave running because you don't want the

1    solder pot to get cold.  And as far as the wash goes,

2    sometimes they would drain the system and turn the machine

3    off.

4        Q.    In this instance, do you know one way or the

5    other how they left the machine?

6        A.    I don't know because I did not check the wash.

7        Q.    So before you left before the holiday, you had

8    nothing to do with the wash machine in Bay 30?

9        A.    No, sir.

10       Q.    You don't know whether they left it running,

11   whether they left it off, whether they drained it, whether

12   they put it in some other state, you just don't know?

13       A.    I have no idea.

14       Q.    Had you ever personally worked on that machine?

15       A.    Yes.

16       Q.    Do you have a recollection of how often you would

17   work on that machine?

18       A.    We used to work on it every two weeks -- at least

19   one time every two weeks, because we have a biweekly PM

20   for that particular machine.

21       Q.    When you say biweekly, you mean like on Sunday or

22   Wednesday, or do you mean every other week?

23       A.    Every other week.

24       Q.    What kind of stuff do you guys do on that

25   machine?

1     A.    We drain the wash and the rinse tanks, check the

2     solenoids to make sure there's probably flow, that there's

3     nothing obstructing the flow when you put it on rinse, on

4     that particular time.  We check the blower belts, make

5     sure all the blower belts are working and not frayed and

6     that they're all functioning.  We check that.

7            We clean the prewash out from all the solder, and

8     if there's any tags or whatever in there that might stop

9     up the solenoids, we vacuum that out with the wet vac.

10           Take the filters out, clean them, make sure

11    they're not clogged, reinstall them, put the lids back on

12    correctly, fill the system up, start it to make sure

13    everything is running proper.  And if everything is okay,

14    the conveyor belt and all, then you put it on standby.

15     Q.    This standby function, what is that for?  Just to

16    sit around --

17     A.    It just stops the conveyor and stops the water

18    flow.  It more or less kind of saves electricity, I guess,

19    in a sense.

20     Q.    And then --

21     A.    If it's on standby, there's nobody else that can

22    go in there without starting the machine to run boards

23    through the system.

24     Q.    So you put it on standby and then an operator

25    would come by at a time that's appropriate and work it?

1     A.   Correct.

2          MR. KATZ:  Let's go off the record.

3               (Off-the-record discussion.)

4     BY MR. KATZ:

5     Q.   Mr. Madison, during that time that you were

6     fighting the fire with your fire extinguisher, do you

7     remember whether you were leaning on that work table or

8     using it to steady yourself?

9     A.   My right side was touching the very front edge of

10    that table, I recall that.  I was pretty close to the fire

11    because I wanted to make sure I got the fire extinguisher

12    to -- the best that I could, to the fire.

13    Q.   Do you have a recollection as to whether the

14    lights in the building were on directly above where you

15    were fighting the fire?

16    A.   Lights.

17    Q.   Were they on or off, or do you not remember?

18    A.   I guess they were on because it wasn't just a

19    fire that lit up the complete room.  It was -- it was well

20    lit that day.

21    Q.   But you're not really 100 percent sure?

22    A.   I'm not 100 percent sure.

23    Q.   In your mind, is there any way that the fire --

24    just based on your observations, being the first person to

25    see the fire and fight the fire and put the extinguisher

1  on the fire, is there any way that the fire could have

2  started from anywhere outside of the Speedline machine and

3  fought its way into the machine?

4  A.  I'm not an electrical engineer.  That's not my

5  job duty.  But what I seen, the fire was from the inside

6  of the wash machine.

7  Q.  Coming out?

8  A.  Coming out.

9  Q.  Are you in any way able to -- and you may not be

10  able to do it, that's fine -- I don't want you to guess or

11  speculate -- are you able to define the area within the

12  machine that it appeared to be coming from?

13  A.  I'd say the wash and the rinse tank because it

14  was in that area.

15  Q.  After the fire department came, did you go back

16  into the building?

17  A.  I tried going in one time, and the smoke was so

18  black that -- and the smell, I just shut the door and got

19  back out.

20  Q.  Do you remember whether the fire department had

21  any difficulty putting out the fire?

22  A.  No, I don't.

23  Q.  Do you know one way or the other whether the fire

24  rekindled while the fire department was there?

25  A.  I don't know.

1        Q.   The time that you went back into the building,

2   how long had the fire department been working on the fire

3   before you tried to go back in the building?

4        A.   Probably 15, 20 minutes, something like that.

5        Q.   Had they already left the scene and --

6        A.   Oh, no, they were still here.

7        Q.   And that's when you tried to go back in?

8        A.   Yes.

9        Q.   Do you remember them making a second effort to

10  put out the fire?

11       A.   No.

12       Q.   Did you ever learn that the fire actually did

13  rekindle?

14       A.   No.

15       Q.   Do you know whether or not the fire sprinkler

16  system was turned on or off by the fire department?

17       A.   I don't know.  I do know that the fire -- that

18  the sprinkler system was working when I was trying to put

19  out the fire.

20       Q.   Do you know what the phrase "no active alarm"

21  means?

22       A.   Yes.

23       Q.   What does that mean?

24       A.   That means that if a machine is -- sometimes it

25  beeps when there is an alarm.  But no active alarms, that

means that the machine is okay.  That means it's not being

used, cannot be used at that -- that particular alarm

function, whatever alarm might be.  And the no active

alarms, if you hit that, it will tell you on-screen what

the alarm status is.

Q.   Do you remember as you were fighting the fire

whether or not that phrase, "no active alarm", was on the

computer screen?

A.   I did not look at the computer screen.  My only

concern was trying to put out the fire.

Q.   Do you have any recollection as to whether the

computer system itself was on or off while you were

fighting the fire?

A.   No.  I just know it wasn't burning.  But I don't

know if it was on or off.

Q.   Did you have a sensation or sense that even

though the machine was on fire, that it was still on, or

that it was off and on fire, or you just don't remember?

A.   I don't remember.  I thought about trying to turn

off the main power, but at that particular time, after I

extinguished the extinguisher, it was really hot and it

was really smelly and I just wanted to get out of there.

And I did not turn the main power off.

MR. KATZ:  Do you want to ask any questions?

EXAMINATION

BY MR. WOODS:

    Q.   You said you thought that the origin of the fire was somewhere in the area of the water basin?

    A.   The wash tank or the rinse tank.

    Q.   How many different tanks are there on this machine?

    A.   There's a prewash, there's a wash, rinse, there's a chemical isolation tank.

    Q.   Which is not used, correct?

    A.   Right.

    Q.   In this particular machine on this line, the chemical isolation tank was never used?

    A.   They don't use it.

    Q.   From the inception, from the beginning?

    A.   We've never had an account to know that they did use it, so I'm not going to say for sure.

    Q.   As far as you know.

    A.   As far as I know, they don't.

    Q.   And you've been doing this for nine years?

    A.   Yeah.

    Q.   Longer than that machine has been in this facility?

    A.   Yes.

1          Q.    And the machine -- this is a long machine.  Are

2      the rinse tanks set up linearly along the middle of the

3      machine so that there's -- they're not side by side, but

4      they go down the length of the machine?

5          A.    The wash tank -- the prerinse -- prewash is the

6      very first thing that the board goes through.

7          Q.    First on which side?  Give me north or south.

8          A.    On the front side of the machine at the control

9      side.

10         Q.    The control side is on the north side?

11         A.    I'm trying to see how it runs --

12               MR. KATZ:  Is the control near the front of the

13          building or the back of the building?

14     BY MR. WOODS:

15         Q.    The main entrance or the back?

16         A.    It's facing the main entrance.

17         Q.    So the main entrance is on the north side.

18               So the prewash is on the north side of the

19     machine?

20         A.    Yes.

21         Q.    What's next in line?

22         A.    The wash tank.

23         Q.    And then what's next in line?

24         A.    The chemical isolation tank.

25         Q.    And then next?

1    A.    Rinse.

2    Q.    Is there another tank after the rinse tank?

3    A.    No.

4    Q.    In the context of the prewash to the last rinse

5    tank, where was the fire in that -- along that series of

6    tanks?

7    A.    It was so big.  Like I said, it was in between

8    the wash and the rinse tank, in that area.

9    Q.    So it was -- the -- it was further away from the

10   control panel -- strike that.

11        From the beginning of the section that I'm

12   talking about, being the prerinse all the way to the rinse

13   at the end, the fire is closer to the rinse side or the

14   south side of the machine?

15   A.    Well, you're talking about the south side of the

16   machine.  That's a pretty good distance.

17   Q.    All right.  Just within the part that I'm talking

18   about, from the prewash to the rinse --

19   A.    That's --

20   Q.    -- that section.

21   A.    That's where the fire was originating from.

22   Q.    But more particularly, it was on the southern

23   half of that section?

24   A.    No.  The whole thing was ablaze.

25   Q.    So the fire actually reached up to where the

1  prewash tank was?

2      A.    There was flames coming out of that particular

3  area.  I think maybe the exhaust might have been pulling

4  the flames up, I don't know.

5      Q.    Is there any other machinery or equipment that is

6  adjacent to or that contacts the AquaStorm in the area

7  where you saw the flames?

8      A.    No.

9      Q.    It's kind of like -- that whole machine is

10 actually kind of isolated in a little piece of its own

11 space, right?

12     A.    Well, you've got about a 4-foot space between the

13 end of the Wave and the entrance to the machine.

14     Q.    And on either side of the machine east and west,

15 there is a clearance or a space in that area, as well,

16 right?

17     A.    Except for the conveyor with the belts.  They

18 have a conveyor belt on the end where the boards roll out

19 of the AquaStorm onto a conveyor belt.

20     Q.    That's at this other end?

21     A.    Yes.  That's at the south end.

22     Q.    So on the east and west sides of the machines

23 where -- in the area where the fire -- where you saw the

24 flames, what amount of clearance is there on either side

25 of the machine in that area?

1    A.   Probably on the wall side, I would say 6 foot.

2  And then on the west end, I'd have 15 or 20 feet before

3  you got -- get to another machine.  The only other machine

4  that was close to there was -- it was like an eye wash

5  machine of some kind.

6    Q.   Based on what you know from your involvement and

7  what you've learned since, were you able to develop any

8  opinions as to what caused the fire?

9    A.   No, I don't.

10    Q.   You don't know one way or the other?

11    A.   I don't know.  My way of thinking, it was

12  probably a -- a circuit either closed shut on one of the

13  elements, heater elements.  Maybe it closed shut and it

14  didn't let the current of electricity travel like it

15  should.  It may have just stayed open.  I don't know.

16    Q.   That's just a guess on your part?

17    A.   That's just a guess.  I don't really know.

18        MR. WOODS:  I don't have anything else.

19        MR. KATZ:  Thank you very much.  We'll probably

20    have you sign the statement, just to go look at it and

21    make sure it's accurate.

22        MR. WOODS:  Back on the record.

23  BY MR. WOODS:

24    Q.   Mr. Madison, you were -- is it part of your job

25  to clean out the wash basins on the AquaStorm machines on

1   a periodic basis?

2      A.   Yes.

3      Q.   How often would you do that, sir?

4      A.   Usually every two to three weeks, depending on

5   the run time of the line. Sometimes if they're working

6   24/7, 7 days a week, we don't do our PMs on a timely

7   basis. We have to wait until we get access to the

8   machine.

9      Q.   Depending on the usage of the machine, you would

10   clean out the wash basins every two to three weeks,

11   depending on the circumstances?

12      A.   Yes.

13      Q.   Can you describe that procedure that you would

14   clean out the wash basins? How do you do that?

15      A.   First of all, you would put the machine on

16   standby -- if it is in running mode, you put it on

17   standby. And on the control panel, you have a rinse and a

18   wash, full and rinse level. You put them both on rinse so

19   the lights come on so they are draining.

20      After they're completely drained, first thing we

21   usually check is the prewash, which is the small tank on

22   top that collects most of the debris on the board after it

23   comes out of the Wave soldering machine. It goes into

24   that tank first. Then it goes to the wash tank, then it

25   goes to the rinse tank.

Q.   Do you have to visually inspect each of the tanks during this process?

A.   Yes.

Q.   And when you visually inspect each of the tanks during this process, can you see the heating coils?

A.   Yes.

Q.   My understanding is that when the machine is on standby, the coils actually are still energized?

A.   Correct.

Q.   How is it when you withdraw the water that the coils aren't covered with water, but are still energized? Do you somehow turn those off manually or do you leave them on?

A.   No.  The machine will go into an alarm.  When the drain gets below the float switches, which are located inside each panel, the wash and the rinse tank, when the level drops, that particular alarm will go off.

The elements sit at the bottom of the machine. Now, when that goes all the way down, below the elements, you have no water touching the elements.  It's completely drained.  What we do is usually take a hose, if needed, wash off everything so that there's no debris on it, get all the excess dirt, or whatever the case may be, solder off of the elements and the machine.  We then vacuum the entire machine out of all excess water and debris on the

wash and the rinse tank.

And while that's happening, another guy usually takes the filters, which there's two in each tank, cleans them, makes sure they're not -- I guess make sure they free flow with the water going through that system.

Q. All right. So in addition to cleaning off the actual tank itself, you clean off the elements?

A. Yes.

Q. How do you keep the elements from overheating once the water is no longer covering them?

A. We don't, because this -- you're only talking about 20 to 30 minutes to do this procedure.

Q. And in that 20 to 30 minutes, the elements don't overheat when they're not touching water?

A. No. We've never seen that happen. We've never had a problem with that.

Q. During this process, you're able to visualize the elements. You said that before.

A. Yes.

Q. Has there ever been a time in the nine years that you've been doing this, cleaning out these wash basins on a two- to three-week basis for each machine, that you have ever seen one of these elements that is warped outside its normal configuration?

A. No.

1    Q.   If you had ever seen an element that was warped

2    so that it was close to the side of the tank or you

3    thought it posed some kind of hazard, what would you have

4    done?  What would have been the appropriate procedure?

5    A.   The first thing I would do would be to notate it

6    on the PM itself.  And then if I thought it was a

7    dangerous situation one way or another, I would go to my

8    immediate group leader, who is Jimmy Rice, and tell him

9    about the problem.

10   Q.   And obviously try to shut down the machine or

11   prevent the hazard that you suspect?

12   A.   Of course.

13        MR. KATZ:  When you use the word element,

14   Mr. Woods used the word element, we're talking about

15   the coil?

16        THE DEPONENT:  Yes.  It's a heating element.

17   BY MR. WOOD:

18   Q.   So through the cleaning process, then, you

19   routinely inspect the coil, as well as everything else

20   that is a part of the wash basins, on a two- to three-week

21   basis?

22   A.   We don't test it to see if it's actually running

23   the right temperature.

24   Q.   I'm talking about visually inspecting.

25   A.   We visually inspect it to make sure that it's in

1    the proper position.

2        Q.    And that's been the case for as long as these

3    machines have been in this facility?

4        A.    Yes, sir.

5            MR. WOODS:  Off the record.

6                (Off-the-record discussion.)

7            MR. KATZ:  Nothing further.

8            (PROCEEDINGS CONCLUDED AT 2:36 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# CERTIFICATE OF OATH

STATE OF FLORIDA            :

COUNTY OF HILLSBOROUGH       :


        I, the undersigned authority, do hereby certify

that **LARRY MADISON**, appeared before me and was duly sworn.

        WITNESS my hand and official seal this 25th day

of August 2006.




                    YVETTE J. BARRETT
                    Notary Public
                    State of Florida
                    My Commission Expires 1/12/08
                    Commission No. DD 280703

YVETTE J. BARRETT
Notary Public, State of Florida
My Comm. Expires Jan. 12, 2008
No. DD280703

# CERTIFICATE OF REPORTER

STATE OF FLORIDA          :

COUNTY OF HILLSBOROUGH     :


I, YVETTE J. BARRETT, Court Reporter, Notary Public in and for the State of Florida, do hereby certify that I was authorized to and did stenographically report the foregoing sworn statement; that a review of the transcript was requested; and that the foregoing pages constitute a true and complete computer-aided transcription of my original stenographic notes to the best of my knowledge, skill and ability.

I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand at Tampa, Hillsborough County, Florida this 25th day of August 2006.

YVETTE J. BARRETT
Notary Public
State of Florida
My Commission Expires 1/12/08
Commission No. DD 280703

**PLEASE ATTACH TO THE SWORN STATEMENT OF:**

**LARRY MADISON**
TAKEN ON AUGUST 16th, 2006

**ERRATA SHEET**

Instructions:

    Please read the transcription of your sworn statement testimony and make note of any errors in transcription on this page. DO NOT MARK on the transcript itself. Please sign and date this sheet regardless of whether you make any corrections or not. Thank you.

Page  Line    Correction

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

    Under penalties of perjury, I declare that I have read the foregoing pages and that it is true and correct, subject to any changes in form or substance entered here.

    SIGNED AT _____, Florida, this _____ day of _____, 2006.

_____
LARRY MADISON