UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JABIL CIRCUIT, INC.; and
FACTORY MUTUAL INSURANCE COMPANY, Case No.: 8:09-cv-01596-JDW-EAJ
as subrogee of JABIL CIRCUIT, INC.,

        Plaintiffs,

v.

SPEEDLINE TECHNOLOGIES, INC.,

        Defendant.
_____/

## PLAINTIFFS' NOTICE OF FILING EXHIBIT J THROUGH O IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY AND TO EXCLUDE PLAINTIFFS' EXPERT TESTIMONY AT TRIAL

Plaintiffs, JABIL CIRCUIT, INC. and FACTORY MUTUAL INSURANCE COMPANY, as subrogee of JABIL CIRCUIT, INC. (collectively hereinafter "Plaintiffs"), by and through their undersigned counsel, serve this Notice of Filing the following exhibits in support of its Response to Defendant's Motion to Strike Plaintiffs' Disclosure of Expert Testimony and to Exclude Plaintiffs' Expert Testimony at Trial.

    Exhibit J - Letter by Scott S. Katz dated May 18, 2010.

    Exhibit K - Letter by Scott S. Katz dated June 16, 2010.

    Exhibit L - Email from Elizabeth A. Berry and Scott S. Katz dated July 9, 2010.

    Exhibit M - Email from Lisa A. Oonk dated August 25, 2010.

    Exhibit N - Email from Scott S. Katz dated September 2, 2010.

    Exhibit O - Affidavit of Matthew W. Peaire.

Respectfully submitted,

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

/s/ Scott S. Katz
SCOTT S. KATZ, ESQ.
Florida Bar No.: 0709476
skatz@butlerpappas.com
MATTHEW W. PEAIRE, ESQ.
Florida Bar No.: 0484717
mpeaire@butlerpappas.com
777 S. Harbour Island Blvd., Suite 500
Tampa, Florida 33602
813/281-1900; Facsimile: 813/281-0900
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2010, I electronically filed the foregoing Plaintiffs' Notice of Filing Exhibit J through O in support of its Response to Defendant's Motion to Strike Plaintiffs' Disclosure of Expert Testimony and to Exclude Plaintiffs' Expert Testimony at Trial with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Lisa A. Oonk, Esq.
Stacey Papp, Esq.
Litchfield Cavo, LLP
5201 West Kennedy Boulevard, Suite 450
Tampa, FL 33609
oonk@litchfieldcavo.com
(Counsel for Defendant)

/s/ Scott S. Katz
Scott S. Katz, Esq.